UNITED STATES COURT OF INTERNATIONAL TRADE                              FORM 1

| | |
|---|---|
| GAF ENERGY LLC,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>       Defendant. | **S U M M O N S**<br><br>**Court No. 24-00110** |

**TO:** The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                    **/s/ Mario Toscano**
                    Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 2801 | Center (if known): | |
| Protest Number: | 2801-23-101958 | Date Protest Filed: | 9/27/2023 |
| Importer: | GAF Energy LLC | Date Protest Denied: | 1/30/2024 |
| Category of Merchandise: | Solar Cells | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| DSV-8572717-7 | 05/03/2022 | 03/31/2023 | | | |
| DSV-8572718-5 | 05/03/2022 | 03/31/2023 | | | |
| DSV-8572523-9 | 05/05/2022 | 03/31/2023 | | | |
| DSV-8573532-9 | 05/23/2022 | 04/21/2023 | | | |

                  Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
                  599 Lexington Avenue, 36th floor
                  New York, New York 10022
                  KDobscha@gdlsk.com
                  (212) 557-4000

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Solar Cells | 8541.43.0010<br>9903.45.25 | 0%<br>14.75% | 8541.42.0010<br>9903.45.21 | 0%<br>0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: The imported merchandise consists of solar cells that at the time of entry were within the Section 201 quota limit. The importer is entitled to a refund of the additional Section 201 duties paid.

The issue which was common to all such denied protests:
Whether the imported merchandise is specifically provided for under one of the claimed provisions and is in quota merchandise.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Katherine A. Dobscha
*Signature of Plaintiff's Attorney*

June 28, 2024
*Date*

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

12788992_1